IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHAFIGHEH KOUBLANI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | 2:20-cv-01741-DRH-AYS |
| | : | |
| COCHLEAR LIMITED AND COCHLEAR AMERICAS, | : | **Oral Argument Requested** |
| | : | |
| Defendants. | : | |
| | x | |

## DECLARATION OF LAUREN S. COLTON IN SUPPORT OF DEFENDANT COCHLEAR AMERICAS CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Lauren S. Colton, declare as follows, under penalty of perjury:

1. I am a partner of Hogan Lovells, counsel to Defendant Cochlear Americas Corporation ("CAM") in the above-captioned matter. I submit this declaration in support of CAM's Motion to Dismiss the Amended Complaint (the "Motion"). The facts set forth in this Declaration are based upon my personal knowledge and upon information and belief.

2. Attached as **Exhibit A** is a true and correct copy of the approval entry from the FDA's Premarket Approval Database for PMA Supplement P970051, S137, saved from the FDA's website on September 18, 2020.

3. Attached as **Exhibit B** is a true and correct copy of the approval entry from the FDA's Premarket Approval Database for PMA Supplement P970051, S126, saved from the FDA's website on September 18, 2020.

1

4. Attached as **Exhibit C** is a true and correct copy of the Medical Malpractice Complaint, filed by Plaintiff Shafigheh Koublani in the New York State Supreme Court proceeding *Koublani v. Doe, et al.*, No. 609756/18 (NYSECF Doc. No. 1) (July 23, 2018).

5. Attached as **Exhibit D** is a true and correct copy of the Medical Malpractice Bill of Particulars, filed by Plaintiff Shafigheh Koublani in the New York State Supreme Court proceeding *Koublani v. Doe, et al.*, No. 609756/18 (NYSECF Doc. No. 15) (Oct. 10, 2018).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2020
Baltimore, Maryland

                                                     Respectfully submitted,

                                                    /s/ *Lauren S. Colton*
                                                    Lauren S. Colton (*pro hac vice*)
                                                    HOGAN LOVELLS US LLP
                                                    100 International Drive, Suite 2000
                                                    Baltimore, MD 21202
                                                    Tel.: (410) 659-2700
                                                    Fax: (410) 659-2701
                                                    lauren.colton@hoganlovells.com

                                                    *Attorney for Defendant Cochlear Americas Corporation*