**EXHIBIT C**



FDA Home[3] Medical Devices[4] Databases[5]

**Premarket Approval (PMA)**

[6] 510 (k)[7] |DeNovo[8]|Registration & Listing[9] | Adverse Events[10] |Recalls[11]|PMA[12]|HDE[13]|Classification[14]|Standards[15]
CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] |CLIA[20]|TPLC[21]

New Search[22]   Back to Search Results

Note: This medical device record is a PMA supplement. A supplement may have changed the device description/function or indication from that approved in the original PMA. Be sure to look at the original PMA[23] record for more information.

| | |
|---|---|
| **Device** | CLOSER PERCUTANEOUS VASCULAR SURGERY DEVICE |
| **Applicant** | ABBOTT VASCULAR INC.<br>400 Saginaw Drive<br>Redwood City, CA 94063 |
| **PMA Number** | P960043 |
| **Supplement Number** | S019 |
| **Date Received** | 05/03/1999 |
| **Decision Date** | 11/22/1999 |
| **Advisory Committee** | Cardiovascular |
| **Supplement Type** | Normal 180 Day Track |
| **Supplement Reason** | Change Design/Components/Specifications/Material |
| **Expedited Review Granted?** | No |
| **Combination Product** | No |

**Approval Order Statement**

Approval for the Closer(TM) PVS Device and the following accessories: the Perclose Mini Knot Pusher, Perclose Snared Knot Pusher and the Clincher(TM) Knot Tying Device. The device is indicated for the percutaneous delivery of suture for closing hte common femoral artery access sie of patients who have undergone diagnostic catheterization procedures using 5 to 6 Fr. sheaths. The Closer(TM) 6 Fr. PVS System reduces the times to hemostasis, ambulation (5 meters or 16 feet) and discharge in patients who have undergone diagnostic catherization procedures without complicating clinical conditions (refer to Precautions, Special Patient Populations in the device labeling).

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P960043&SupplementType=NONE

Page Last Updated: 10/12/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy









U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive


U.S. Department of **Health & Human Services**

**Links on this page:**